# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CATHY FROST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-19-444-J ) |
| ANDREW SAUL,<br>Commissioner of Social Security<br>Administration, | ) ) ) ) ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the Opinion and Order filed separately this same date, the final decision of the Commissioner of the Social Security Administration is REVERSED and this matter is REMANDED to the Commissioner for further proceedings.

ENTERED this 7th day of January, 2020.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE